# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>James Dean Stevner<br>　　　　　Defendant. | Case No.: 8:23-MJ-0207<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge __Mahoney, N.D. Iowa__, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

　　(A)　(X)　that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　　(B)　(X)　that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

__positive drug test__

and

(2)

 (A)  (X)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

 (B)  ( )  that the defendant is unlikely to abide by any condition or combination of conditions of release.

   and/or, in the event of (1) (A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

   or

(4)  ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

 ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

   or

   C.

(X)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: __4/6/23__     _____/s/ Karen E. Scott_____
            KAREN E. SCOTT
            UNITED STATES MAGISTRATE JUDGE